# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 29, 2023

SEAN F. McAVOY, CLERK

U.S.A. vs.        Koznov, Igor Valerievich          Docket No.      0980 2:23CR00004-RMP-1

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Igor Valerievich Koznov, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the Court at Spokane, Washington, on the 27th day of February 2023, under the following conditions:

**Standard Condition #10:** Defendant shall refrain from the use or unlawful possession of a drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On or about March 2, 2023, Mr. Koznov entered inpatient substance abuse treatment at American Behavioral Health Systems in Spokane, Washington.

On March 24, 2023, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Koznov. Mr. Koznov acknowledged an understanding of the release conditions at that time.

**Violation #1:** Igor Valerievich Koznov is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of fentanyl and norfentanyl on March 7, 2023.

On March 7, 2023, Mr. Koznov provided a urine specimen at American Behavioral Health Systems (ABHS) for the purpose of drug testing. The urine sample was sent to Millennium Health (MH) for further analysis.

On March 12, 2023, MH confirmed the above-noted urine sample tested positive for the presence of fentanyl and norfentanyl.

On March 17, 2023, ABHS notified the undersigned officer of Mr. Koznov's positive drug test. ABHS advised Mr. Koznov was placed on a, "phase clinical intervention." He was informed that any further usage of illegal controlled substances would result in discharge from treatment.

On March 23, 2023, the undersigned officer confronted Mr. Koznov about testing positive for the presence of fentanyl. Mr. Koznov advised he ingested fentanyl just prior to being released from the Spokane County Jail on or about March 2, 2023. He denied any drug use while attending inpatient treatment at ABHS.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: March 28, 2023

by s/Erik Carlson

Erik B. Carlson
U.S. Pretrial Services Officer

---

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

3/29/23

Date