# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 31, 2023

SEAN F. McAVOY, CLERK

U.S.A. vs.   Koznov, Igor Valerievich   Docket No.   0980 2:23CR00004-RMP-1

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Igor Valerievich Koznov, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the Court at Spokane, Washington, on the 27th day of February 2023, under the following conditions:

**Standard Condition #10:** Defendant shall refrain from the use or unlawful possession of a drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical Marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Igor Valerievich Koznov is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of fentanyl, on March 22, 2023.

On March 22, 2023, American Behavioral Health Systems (ABHS) collected an oral fluid sample from Mr. Koznov for the purpose of drug testing. The sample was sent to Millennium Health (Millennium) for further analysis.

On March 25, 2023, Millennium confirmed the above-noted sample tested positive for the presence of fentanyl.

On March 30, 2023, the undersigned officer communicated with Mr. Koznov's substance abuse counselor at ABHS. The counselor advised he had spoken to a toxicologist at the laboratory. The toxicologist advised there is new information indicating that fentanyl remains in a person's body longer than previously believed. Based on what was reported by the toxicologist, it was determined that the above-noted positive drug test was residual from previous use.

It should be noted the undersigned officer also spoke with Mr. Koznov on March 30, 2023. Mr. Koznov adamantly denied using fentanyl while at ABHS. He stated he last ingested fentanyl on or about March 2, 2023, while in custody and prior to entering inpatient substance abuse treatment.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:   March 31, 2023 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

**Re: Koznov, Igor Valerievich**
**March 31, 2023**
**Page 2**

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this
    petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_Alexander C. Ekstrom_
Signature of Judicial Officer

March 31, 2023
Date